IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELIA QUEZADA,<br><br>    Plaintiff,<br> v.<br><br>BARRY BOGLE, D.D.S.,<br><br>    Defendant. | 1: 07-CV-1260 AWI SMS<br><br>ORDER VACATING HEARING DATE OF NOVEMBER 5, 2007, AND TAKING MATTER UNDER SUBMISSION |

  Defendant has noticed for hearing a motion to dismiss the complaint and/or for judgment on the pleadings.  The matter is scheduled for hearing to be held on November 5, 2007. Pursuant to Local Rule 78-230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than October 22, 2007.  Plaintiff failed to do so.

  Due to Plaintiff's failure to file a timely opposition, she is in violation of the Local Rules and not entitled to be heard at oral argument in opposition to the motion.  <u>See</u> 78-230(c). The court has reviewed Defendant's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument.  <u>See</u>  Local Rule 78-230(h).

  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 5, 2007,  is VACATED, and no party shall appear at that time.  As of November 5, 2007,  the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:**  October 30, 2007        /s/ Anthony W. Ishii
                     UNITED STATES DISTRICT JUDGE